IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-413-BO

| | | |
|---|---|---|
| WAKE COUNTY HUMAN SERVICES, | ) | |
| Plaintiff, | ) | |
| v. | ) | O R D E R |
| | ) | |
| WILLIAM SCOTT DAVIS, JR., | ) | |
| Defendant. | | |

This cause comes before the Court on defendant's motion to stay the Memorandum and Recommendation (M&R). Defendant states that he never received the M&R entered by United States Magistrate Judge James E. Gates [DE 9]. This matter was, however, remanded to the Wake County District Court on December 12, 2012, because the Court lacks subject matter jurisdiction to consider it. Accordingly, defendant's motion to stay [DE 13] is DENIED.

SO ORDERED, this 9 day of April, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE