IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-413-BO

WAKE COUNTY HUMAN SERVICES,  )
           Plaintiff,  )
             )
          v.  )          O R D E R
            )
WILLIAM SCOTT DAVIS, JR.,  )
           Defendant.  )
_____ )

This matter is before the Court on three motions filed by the plaintiff: motion to stay and

notice of appeal [DE 25]; motion to stay and notice of appeal [DE 27]; motion for leave to file an

amended complaint [DE 29]. This matter was remanded to Wake County District Court on

December 12, 2012. Accordingly, the Court lacks subject matter jurisdiction to consider the

motions before it and, therefore, the pending motions are DISMISSED.

SO ORDERED.

This the **27** day of May, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

1